UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

GAMCO INVESTORS, INC.,

    Plaintiff,

- against -

VIVENDI UNIVERSAL, S.A.,

    Defendant.

-------------------------------------------------------

GAMCO GLOBAL SERIES FUNDS, INC., GABELLI CAPITAL ASSET FUND, THE GABELLI VALUE FUND, INC., THE GABELLI ASSET FUND, THE GAMCO MATHERS FUND, THE GABELLI GLOBAL MULTIMEDIA TRUST, INC., THE GABELLI EQUITY TRUST, INC., THE GABELLI CONVERTIBLE AND INCOME SECURITIES FUND, INC., and GAMCO INTERNATIONAL GROWTH FUND, INC.,

    Plaintiffs,

- against -

VIVENDI, S.A.,

    Defendant.

------------------------------------------------------- X

**ORDER**

03 Civ. 5911 (SAS)

09 Civ. 7962 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

This Order memorializes the rulings made during the teleconference

held on August 2, 2012.

1. *GAMCO Investors, Inc. v. Vivendi Universal, S.A.*, No. 03 Civ. 5911, is deconsolidated from *In re Vivendi Universal, S.A. Securities Litigation*, No. 02 Civ. 5571.

2. *GAMCO Investors, Inc. v. Vivendi Universal, S.A.*, No. 03 Civ. 5911, is consolidated with *GAMCO Global Series Funds, Inc. v. Vivendi, S.A.*, No. 09 Civ. 7962 (the "Mutual Funds Action").

3. The stay on the Mutual Funds Action is lifted.

4. Vivendi, S.A. ("Vivendi") waived service in the Mutual Funds Action.

5. Vivendi has until September 14, 2012 to respond to the complaint in the Mutual Funds Action.

6. Document requests in the Mutual Funds Action must be served by September 28, 2012.

7. Responses to document requests in the Mutual Funds Action are due by October 26, 2012.

8. Depositions in the Mutual Funds Action will be held in November and December of 2012.

9. A status conference is scheduled in the Mutual Funds Action for January 8, 2013 at 4:30 p.m. in Courtroom 15C.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         August 2, 2012

- Appearances -

**For Plaintiffs:**

Vincent R. Cappucci, Esq.
Evan T. Raciti, Esq.
Entwistle & Cappucci LLP
280 Park Avenue, 26th Floor West
New York, New York 10017
(212) 894-7200

**For Defendant:**

Daniel Slifkin, Esq.
Paul C. Saunders, Esq.
Timothy Gray Cameron, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Penny Packard Reid, Esq.
James W. Quinn, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue, 25th Fl.
New York, New York 10153
(212) 310-8000